IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) |
| vs | ) Criminal No. 00-146 |
| | ) |
| MICHAEL JOHNSON | ) |
| Defendant | ) |

ORDER OF COURT

AND NOW, to wit, this 22nd day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that this pleading impounded in the Office of the Clerk of Court be returned to the closed filing system of the Clerk's Office.

This pleading is to remain sealed with a copy of this Order attached to the envelope and to the file folder. Anyone desiring to view the impounded pleading shall file a request with the Clerk with notification to all parties. This pleading is to remain sealed for the next __20__ years.

Document:22

_____
Alan N. Bloch
U.S. District Judge