

Prob 12
(Rev. 3/63)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael R. Johnson                Docket Nos. 00-00146-001 & 00-00136-007

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael R. Johnson, who was placed on supervision by the Honorable Alan N. Bloch sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of November 2000, who fixed the period of supervision at five years at each criminal number, to be served concurrently, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $300 special assessment.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation office.

| | |
|---|---|
| 11-30-00: | Criminal No. 00-00136-007: Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 100 Kilograms of Marijuana, and Conspiracy to Launder Monetary Instruments; 188 months' custody of the Bureau of Prisons, at each count, to be served concurrently, 5 years' supervised release at Count 1, and 3 years' supervised release at Count 2, to be served concurrently. Criminal No. 00-00146-001: Possession With Intent to Distribute in Excess of 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine Hydrochloride; 188 months' imprisonment, 5 years' supervised release, to be served concurrently. |
| 11-07-02: | Releasee resentenced to serve a custody term of 72 months at each of the above counts, said terms to be served concurrently. |
| 09-30-05: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 06-05-07: | Transfer of supervision of this case to the District of New Mexico approved by the Court. |
| 07-05-07: | Supervision transferred to the District of New Mexico. |
| 07-14-07: | Releasee arrested by Albuquerque, New Mexico, Police Department on a charge of Driving Under the Influence of Alcohol (DUI). |

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner avers that the defendant has violated the terms of supervised release as follows:

**While on supervised release, you shall not commit another Federal, state, or local crime, and you shall not possess a controlled substance.**

On July 14, 2007, the releasee was arrested by the Albuquerque, New Mexico, Police Department on a charge of Driving Under the Influence of Alcohol (DUI). To date, this charge is pending disposition.

U.S.A. v. Michael R. Johnson
Docket Nos. 00-00146-001 & 00-00136-007
Page 2

**PRAYING THAT THE COURT WILL ORDER** the term of supervision be modified to include a special condition requiring residence at the Community Corrections Center, until released by the program director, for a period not to exceed 120 days, and that the releasee refrain from the use of alcohol during the duration of his term of supervised release.

ORDER OF COURT

Considered and ordered this 13th day of _____, 20 07 and ordered filed and made a part of the records in the above case.

_____
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 11, 2007

_____
John P. Kuklar
U.S. Probation Officer

_____
Roselyn Gerson
Supervising U.S. Probation Officer

Place:   Pittsburgh, Pennsylvania