Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Michael R. Johnson                    Docket Nos. 00-00146-001 & 00-00136-007

Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Michael R. Johnson, who was placed on supervision by the Honorable Alan N. Bloch sitting in the Court at Pittsburgh, Pennsylvania, on the 30th day of November 2000, who fixed the period of supervision at five years at each criminal number, to be served concurrently and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Shall pay a $300 special assessment.
- Shall participate in a program of testing and, if necessary, treatment for substance abuse as directed by the probation office.

| | |
|---|---|
| 11-30-00: | Criminal No. 00-00136-007: Conspiracy to Distribute and Possess With Intent to Distribute in Excess of 100 Kilograms of Marijuana, and Conspiracy to Launder Monetary Instruments; 188 months' custody of the Bureau of Prisons, at each count, to be served concurrently, 5 years' supervised release at Count 1, and 3 years' supervised release at Count 2, to be served concurrently. Criminal No. 00-00146-001: Possession With Intent to Distribute in Excess of 500 Grams of a Mixture and Substance Containing a Detectable Amount of Cocaine Hydrochloride; 188 months' imprisonment, 5 years' supervised release, to be served concurrently. |
| 11-07-02: | Releasee resentenced to serve a custody term of 72 months at each of the above counts, said terms to be served concurrently. |
| 09-30-05: | Released to supervision; Currently supervised by U.S. Probation Officer John P. Kuklar. |
| 06-05-07: | Transfer of supervision of this case to the District of New Mexico approved by the Court. |
| 07-05-07: | Supervision transferred to the District of New Mexico. |
| 07-14-07: | Releasee arrested by Albuquerque, New Mexico, Police Department on a charge of Driving Under the Influence of Alcohol (DUI). |
| 09-13-07: | Petition signed, Court approved modification of releasee's supervision conditions to include 120 days of community confinement. |
| 01-11-08: | Releasee successfully released from community confinement. |
| 06-14-08: | Releasee arrested by Rio Rancho, New Mexico, Police Department on the following charges: Violation of Protection Order, Aggravated Stalking, Assault on Household Member, and Disorderly Conduct. |

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:

Your Petitioner reports the following violations of supervised release:

**You shall not commit another federal, state, or local crime.**

On June 14, 2008, the releasee was arrested by the Rio Rancho, New Mexico, Police Department on the following charges: Violation of Protection Order, Aggravated Stalking, Assault on Household Member, and Disorderly Conduct. The releasee is currently detained on these charges at the Sandoval County, New Mexico, Detention Center.

U.S.A. vs. Michael R. Johnson
Docket Nos. 00-00146-001 & 00-00136-007
Page 2

**Shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.**

The releasee has admitted to the U.S. Probation Office for the District of New Mexico that police officers responded to domestic dispute complaints on at least two previous occasions within the past three months.

**Shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer.**

On June 11, 2008, the releasee was instructed by the U.S. Probation Office for the District of New Mexico not to return to the residence located at 2583 Diamond Peak Drive, N.E., Rio Rancho, New Mexico. However, the releasee failed to follow these instructions, and on June 14, 2008, he returned to this residence, and he was subsequently arrested for violating the protection order obtained by his girlfriend.

**PRAYING THAT THE COURT WILL ORDER** that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at Sandoval County, New Mexico, Detention Center.

| ORDER OF COURT | | |
|---|---|---|
| Considered and ordered this _____ day of _____, 20 ____ and ordered filed and made a part of the records in the above case. | Executed on | June 19, 2008 |
| | | John P. Kuklar<br>U.S. Probation Officer |
| _____<br>U.S. District Judge | | Roselyn Gerson<br>Supervising U.S. Probation Officer |
| | Place: | Pittsburgh, Pennsylvania |

I declare under penalty of perjury that the foregoing is true and correct.