IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) Criminal No.: 2:00-cr-00146-ANB-1 |
| MICHAEL JOHNSON, | ) |
| DEFENDANT. | ) |
| | ) **TYPE OF PLEADING:** |
| | ) MOTION TO WITHDRAW AS COUNSEL |
| | ) **TO BE FILED ON BEHALF OF:** |
| | ) MICHAEL JOHNSON |
| | ) **ATTORNEY OF RECORD:** |
| | ) BRUCE A. ANTKOWIAK, ESQ. |
| | ) PA I.D. NO.: 25506 |
| | ) 900 LOCUST STREET |
| | ) HANLEY HALL |
| | ) PITTSBURGH, PA  15282 |
| | ) [412] 396-5846 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| V. | ) **Criminal No.: 2:00-cr-00146-ANB-1** |
| | ) |
| MICHAEL JOHNSON | ) |
| | ) |
| DEFENDANT. | ) |
| | ) |
| | ) |

**MOTION TO WITHDRAW AS COUNSEL**

AND NOW, comes undersigned counsel, BRUCE A. ANTKOWIAK, ESQUIRE, and respectfully requests leave to withdraw. In support thereof, the following is respectfully set forth:

1. Counsel originally entered his appearance to represent the Defendant on August 22, 2000.

2. On November 30, 2000, the Defendant was sentenced to a 188 month term of imprisonment with a consecutive five year term of supervised release, the amended judgment ultimately being reduced to a term of 72 months incarceration with a consecutive term of five years supervised release.

3. Thereafter, on June 20, 2008, a Petition to Revoke the Defendant's Supervised release was filed and that matter is presently pending before this court.

4. The matters for which Counsel was originally represented the Defendant have long since passed. Counsel is currently a full time faculty member at Duquesne University School of Law and is unable, due to his commitments to the University, to continue to represent the Defendant at this time.

WHEREFORE, it is prayed that the undersigned be permitted to withdraw and that new counsel be appointed immediately.

RESPECTFULLY SUBMITTED,

s/Bruce A. Antkowiak
Bruce A. Antkowiak
PA I.D. No.:  25506