IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| PLAINTIFF, | ) |
| V. | ) Criminal No.: 2:00-cr-00146-ANB-1 |
| MICHAEL JOHNSON, | ) |
| DEFENDANT. | ) |

## ORDER

AND NOW, to-wit, this 24th day of June ____, 2008, it is hereby ORDERED that Attorney Bruce A. Antkowiak is granted leave to withdraw.

~~New counsel for the Defendant shall be named by separate Order of Court.~~

THE HONORABLE ALAN M. BLOCH
UNITED STATES DISTRICT COURT JUDGE